# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                          NO. 4:15CR00170-JM-01

JESSIE ANDREWS III                                                DEFENDANT

## ORDER

The Court appointed Damon C. Singleton to represent Jessie Andrews III. (Docket entry #5, #6, and #11) Pending is Mr. Singleton's motion to withdraw as counsel for Mr. Andrews. (Docket entry #20) For good cause shown, the motion is GRANTED. Damon C. Singleton is relieved as counsel of record, and Joseph Blake Hendrix is appointed to represent Mr. Andrews.

IT IS SO ORDERED this 26th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE